USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN OBAOYE, on behalf of himself, individually, and on behalf of all others similarly-situated,

Plaintiff,

-against-

METRO CARE MANAGEMNET LLC d/b/a ESSEN HEALTH CARE,

Defendant.

1:25-cv-4920-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On January 20, 2026, the Court granted the Parties' request for an extension of time to complete discovery, and directed the Parties to submit a proposed Revised Scheduling Order. [ECF No. 22]. The Parties have not done so.

Accordingly, it is hereby ORDERED that on or before January 30, 2026, the Parties shall file on the docket a proposed Revised Scheduling Order. The conference scheduled in this matter for February 4, 2026, is hereby ADJOURNED.

**The Parties are on notice that failure to comply with court orders and the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of Practice in Civil Cases may result in sanctions, including monetary sanctions on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and case-terminating sanctions.**

**SO ORDERED.**

**Date: January 23, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**